## Arthur B. Hall et al., Appellants, v. Helen Snow Jones et al., Appellees.

### Gen. No. 44,417.

opinion filed June 7, 1948; released for publication June 23, 1948. Holland F. Fla-Havhan, for appellants; Packard, Barnes, Schumacher and Gilmore & Van Ness, for certain appellee; Laurence R. Van Ness, of counsel; Cassels, Potter & Bentley, for certain other appellee; Richard H. Merrick, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Oliver Machine Tool Company, Appellant, v. Johnson Fare Box Company, Appellee.

### Gen. No. 44,430.